**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rickey Earl BANKS, Defendant–
Appellant.**

No. 03–3176.

United States Court of Appeals,
Seventh Circuit.

Argued Sept. 15, 2004.

Decided Aug. 15, 2006.

Debra Riggs Bonamici, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Juliet E. Boyd, Richardson, Stasko, Boyd & Mack, Chicago, IL, for Defendant–Appellant.

Before Hon. JOEL M. FLAUM, Chief Judge, Hon. JOHN L. COFFEY, Circuit Judge, Hon. MICHAEL S. KANNE, Circuit Judge.

**ORDER**

After being convicted of possessing cocaine with the intent to distribute it, Rickey Banks was sentenced to 97 months' imprisonment. On appeal, Banks argued, among other things, that his sentence violated the Sixth Amendment. *See United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005). We remanded to ask whether the district judge would have imposed a differ-ent sentence had she known that the guidelines were advisory. *See Paladino*, 401 F.3d at 483–84. She answered that she would like to reconsider Banks's sentence in light of *Booker*. Consequently, we VACATE his sentence and REMAND for resentencing.